**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-1045-REB-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$46,790.00 IN UNITED STATES CURRENCY,

       Defendant.

---

**FINAL ORDER OF FORFEITURE**

**Blackburn, J.**

    THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

    THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881,

    THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

    THAT Miguel Castellanos, Victor Reyes, and Ramiro Liera only have filed the requisite Verified Notice of Claim and Answer, and thus they and the United States are the only parties hereto.

    THAT the United States and Claimants Miguel Castellanos, Victor Reyes, and Ramiro Liera have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

    THAT based upon the facts and verification set forth in the Verified Complaint, it appears that

there was reasonable cause for the seizure of the defendant property; and

THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED** as follows:

THAT judgment of forfeiture of $36,790 of defendant $46,790 in United States currency shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the United States shall return to Claimants through their attorney Jeralyn Merritt, $10,000 of defendant currency.

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465 as to all defendant currency.

Dated January 3, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
United States District Court Judge